UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SIDAHMED ZOULIKHA**,  Case No. 3:13-cv-01872-KI

        Plaintiff,  JUDGMENT

  v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,

        Defendant.

    Sara L. Gabin, P.C., Attorney at Law
    14523 Westlake Dr.
    Lake Oswego, OR 97035-7700

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon
    Ronald K. Silver
    Assistant United States Attorney
    1000 SW Third Ave., Ste. 600
    Portland, OR 97201-2902

Page 1 - JUDGMENT

Kathryn A. Miller
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   2nd   day of February, 2015.

                     /s/ Garr M. King
                     Garr M. King
                     United States District Judge